# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA, THROUGH
THE DEPARTMENT OF NATURAL
RESOURCES, OFFICE OF
CONSERVATION

VERSUS

LLOX, L.L.C., DEEPWELL
ENERGY SERVICES, L.L.C.,
DEEPWELL EQUIPMENT RENTALS,
L.L.C., AND DEEPWELL
HOLDINGS, L.L.C.

NO.  2022 CW 0500

**JULY 18, 2022**

---

In Re:   Liberty Mutual Fire Insurance Company, applying for
         supervisory writs, 17th Judicial District Court,
         Parish of Lafourche, No. 139445.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**AHP**
**WIL**

**Holdridge, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT